# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| NICHOLAS S. BACON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV419-155 |
| SERGEANT MARTINEZ, et al., | ) ) ) | |
| Defendants. | ) | |

# ORDER

Before the Court is plaintiff's Objection, doc. 8, to the Report and Recommendation, doc. 5, which the Court construes as a request for extension of time. That motion is **GRANTED**. Plaintiff shall have thirty days from the date of this order to submit his PLRA forms. The Clerk's office is accordingly, **DIRECTED** to send plaintiff duplicate PLRA forms at his new address.

**SO ORDERED,** this 23rd day of December, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA