AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NICHOLAS S. BACON,

        Plaintiff,

        v.

SERGEANT MARTINEZ, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-155

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 22, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's case is dismissed without prejudice, and Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

August 30, 2022

Date

John E. Triplett, Clerk of Court

Clerk

(By) Deputy Clerk

GAS Rev 10/2020